**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PRYSMIAN POWER CABLES AND
SYSTEMS USA, LLC,

      Plaintiff,

v.                                      CASE NO. 3:06-cv-271-J-25HTS

P.E.P. SHIPPING A.S. and
NORTH FLORIDA SHIPYARDS, INC.,

      Defendants.
_____

### O R D E R

This cause came on to be heard in connection with the Order to Show Cause (Doc. #6), entered on April 7, 2006. At the hearing, the parties agreed the Affidavit of Pietro Mondini (Mondini Affidavit), attached to Prysmian Power Cables and Systems USA, LLC's Notice of Filing Affidavit in Support of Motion for Judgment on the Pleadings (Doc. #17 in case 3:06-cv-299-J-25HTS), filed on April 21, 2006, should be considered by the Court in deciding whether to issue a writ of replevin herein.

According to the Mondini Affidavit, Prysmian Power Cables and Systems USA, LLC (Prysmian) is the sole owner of the property currently at issue. *Id.* ¶ 5; *see also* Amended Verified Complaint (Complaint) (Doc. #3), filed on March 31, 2006, at 3. Defendant, P.E.P. Shipping A.S. (P.E.P.), conceded Prysmian's ownership interest for purposes of the replevin hearing. The parties

disagree as to whether Prysmian employees accompanied the property onboard the vessel.  In any event, P.E.P. has produced no evidence establishing it has a present right of possession superior to that of Prysmian.

The Court finds Plaintiff is entitled to possession of the property described in the Complaint pending final adjudication of the claims.  Consequently, the Clerk of the Court is directed to issue the writ of replevin.

**DONE AND ORDERED** at Jacksonville, Florida, this  25th day of April, 2006.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. Marshal
Counsel of Record
    and *pro se* parties, if any